■  In the Matter of the Claim of Sammie King, Appellant, v. Medallic Art Co. et al., Respondents. Workmen's Compensation Board, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.